AO 455 (Rev. 12/03) Waiver of Indictment

# UNITED STATES DISTRICT COURT

_____ SOUTHERN _____ DISTRICT OF _____ CALIFORNIA _____

UNITED STATES OF AMERICA
V.

**WAIVER OF INDICTMENT**

Saul Figueroa-Fierros

CASE NUMBER: 08CR943-WQH

I, _____ Saul Figueroa-Fierros _____, the above named defendant, who is accused of

*Importation of marijuana*
*21 U.S.C. § 952 and 960*

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _____ March 27, 2008 _____ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

SAUL FIGUEROA FIERROS
*Defendant*

*Counsel for Defendant*

Before _____
*Judge*

**FILED**
MAR 27 2008

K:\COMMON\CSA\forms\2005\Waiver_indi.wpd