

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

SOUTHERN DISTRICT OF CALIFORNIA

10 | UNITED STATES OF AMERICA,        )    Criminal No. 08CR 0943-WQH
                                    )
11 |              Plaintiff,         )    **CONSENT TO RULE 11 PLEA IN A**
                                    )    **FELONY CASE BEFORE UNITED**
12 | v.                             )    **STATES MAGISTRATE JUDGE**
                                    )
13 | Saul Figueroa-Fierros          )
                                    )
14 |              Defendant.         )
                                    )
15 |_____)

16        I have been advised by my attorney and by the United States

17 | Magistrate Judge of my right to enter my plea in this case before

18 | a United States District Judge.  I hereby declare my intention to

19 | enter a plea of guilty in the above case, and I request and

20 | consent to have my plea taken by a United States Magistrate Judge

21 | pursuant to Rule 11 of the Federal Rules of Criminal Procedure.

22        I understand that if my plea of guilty is taken by the

23 | United States Magistrate Judge, and the Magistrate Judge

24 | recommends that the plea be accepted, the assigned United States

25 | District Judge will then decide whether to accept or reject any

26 | plea agreement I may have with the United States and will

27 | adjudicate guilt and impose sentence.

28        I further understand that any objections to the Magistrate

K:\COMMON\CSA\forms\2005\consents.wpd

1  Judge's findings and recommendation must be filed within 14 days

2  of the entry of my guilty plea.

3

4

5  Dated: _4-2k -6f_          _/SAul Figueroa_

6                             Defendant

7

8

9  Dated: _4-24-08_

10                            Attorney for Defendant

11

12      The United States Attorney consents to have the plea in this

13  case taken by a United States Magistrate Judge pursuant to

14  Criminal Local Rule 11.2.

15

16

17  Dated: _4/22/08_

18                            Assistant United States Attorney

19

20

21

22

23

24

25

26

27

28

K:\COMMON\CSA\forms\2005\consents.wpd