1  Stephen D. Lemish, CSB # 123793
   Attorney at Law
2  152 West Park Avenue
   Suite 150
3  El Cajon, California 92020

4  (619) 444-5525

5  Attorney for Defendant SAUL FIGUEROA-FIERROS

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **SOUTHERN DISTRICT OF CALIFORNIA**

10                          (Hon. William Q. Hayes)

11

12 | UNITED STATES OF AMERICA,        )   Criminal No. 08-CR0943-WQH
                                      )
13 |         Plaintiff,                )   EX-PARTE MOTION FOR ORDER
                                      )   SHORTENING TIME TO FILE
14 | v.                                )   DEFENDANT'S OBJECTIONS TO
                                      )   PRE-SENTENCE REPORT
15 | SAUL FIGUEROA-FIERROS             )
                                      )   Motion Date:   July 14, 2008
16 |         Defendant.                )   Time:          9:00 a.m.
                                      )

17

18         Counsel for the defendant SAUL FIGUEROA-FIERROS hereby moves

19 this Court for an order shortening time for the filing of DEFENDANT'S OBJECTIONS

20 TO PRE-SENTENCE REPORT for one court day to June 27, 2008.  The request is

21 made on the ground that good cause exists for the granting of such motion as more

22 fully set forth in the attached Declaration of Counsel in Support of Ex-Parte Motion

23 for Order Shortening Time to File DEFENDANT'S OBJECTIONS TO PRE-

24 SENTENCE REPORT.

25         Dated: June 27, 2008

26

27                                       /s/ Stephen D. Lemish
                                         Stephen D. Lemish, Attorney for Defendant
28                                       SAUL FIGUEROA-FIERROS

steve.lemish@sbcglobal.net

Stephen D. Lemish, CSB # 123793
Attorney at Law
152 West Park Avenue
Suite 150
El Cajon, California 92020

(619) 444-5525

Attorney for Defendant SAUL FIGUEROA-FIERROS

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

(Hon. William Q. Hayes)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>SAUL FIGUEROA-FIERROS<br>Defendant. | Criminal No.08-CR0943-WQH<br><br>DECLARATION OF COUNSEL IN SUPPORT OF EX-PARTE MOTION FOR ORDER SHORTENING TIME TIME TO FILE DEFENDANT'S OBJECTIONS TO PRE-SENTENCE REPORT<br><br>Motion Date: July 14, 2008<br>Time:         9:00 a.m. |

      I, Stephen D. Lemish, am the attorney of record for the above-noted defendant.  I declare as follows:

      1.    The DEFENDANT'S OBJECTIONS TO PRE-SENTENCE REPORT was to be filed by June 26, 2008, pursuant to local rules and general orders and an order in the above-captioned matter.

      2.    The DEFENDANT'S OBJECTIONS TO PRE-SENTENCE REPORT is being filed late due to press of business.

///

1  ///

3        3.    The DEFENDANT'S OBJECTIONS TO PRE-SENTENCE
REPORT are well founded and necessary to the client's representation.

I declare under penalty of perjury under the laws of the United States the foregoing is true and correct.

Dated: June 27, 2008

/s/ Stephen D. Lemish
Stephen D. Lemish, Declarant
steve.lemish@sbcglobal.net

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

(Hon. William Q. Hayes)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SAUL FIGUEROA-FIERROS<br><br>　　　　Defendant. | Criminal No.08-CR0943-WQH<br><br>ORDER SHORTENING TIME<br>TO FILE OBJECTIONS TO<br>PRE-SENTENCE REPORT<br><br>Motion Date:　　　July 14, 2008<br>Time:　　　　　　　9:00 a.m. |

　　　　A motion on behalf of defendant having been made and good cause appearing therefore,

　　　　IT IS HEREBY ORDERED that the time for filing of Defendant's Objections to the Pre-Sentence Report is shortened to June 27, 2008.

　　　　Dated: _____

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　William Q. Hayes, Judge
　　　　　　　　　　　　　　　　　　　United States District Court

08-CR0943-WQH