1  Stephen D. Lemish, CSB # 123793
   Attorney at Law
2  152 West Park Avenue
   Suite 150
3  El Cajon, California 92020

4  (619) 444-5525

5  Attorney for Defendant SAUL FIGUEROA-FIERROS

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

(Hon. William Q. Hayes)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 08-CR0943-WQH |
| Plaintiff, ) | EX-PARTE MOTION FOR ORDER SHORTENING TIME TO FILE DEFENDANT'S SENTENCING MEMORANDUM |
| v. ) | |
| SAUL FIGUEROA-FIERROS ) | Motion Date:   July 25, 2008 |
| Defendant. ) | Time:              9:30 a.m. |

Counsel for the defendant SAUL FIGUEROA-FIERROS hereby moves this Court for an order shortening time for the filing of DEFENDANT'S SENTENCING MEMORANDUM for one day to July 21, 2008. The request is made on the ground that good cause exists for the granting of such motion as more fully set forth in the attached Declaration of Counsel in Support of Ex-Parte Motion for Order Shortening Time to File Defendants Sentencing Memorandum.

Dated: July 21, 2008

/s/ Stephen D. Lemish
Stephen D. Lemish, Attorney for Defendant
SAUL FIGUEROA-FIERROS
steve.lemish@sbcglobal.net

08-CR0943-WQH

1  Stephen D. Lemish, CSB # 123793
   Attorney at Law
2  152 West Park Avenue
   Suite 150
3  El Cajon, California 92020

4  (619) 444-5525

5  Attorney for Defendant SAUL FIGUEROA-FIERROS

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

(Hon. William Q. Hayes)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No.08-CR0943-WQH |
| Plaintiff, | DECLARATION OF COUNSEL IN SUPPORT OF EX-PARTE MOTION FOR ORDER SHORTENING TIME TIME TO FILE DEFENDANT'S SENTENCING MEMORANDUM |
| v. | |
| SAUL FIGUEROA-FIERROS, | Motion Date: July 25, 2008 |
| Defendant. | Time: 9:30 a.m. |

   I, Stephen D. Lemish, am the attorney of record for the above-noted defendant. I declare as follows:

   1.   The Defendant's Sentencing Memorandum was to be filed by July ne 20, 2008, pursuant to local rules and general orders and an order in the above-captioned matter.

   2.   The Defendant's Sentencing Memorandum is being filed late due to recently learning of various matters and press of business.

///

///

1      3.    The Defendant's Sentencing Memorandum is well founded and
2 necessary to the client's representation.
3      I declare under penalty of perjury under the laws of the United States
4 the foregoing is true and correct.
5      Dated: July 21, 2008

7               /s/ Stephen D. Lemish
                Stephen D. Lemish, Declarant
8               steve.lemish@sbcglobal.net