# EXHIBIT 2

# I-213s

U.S. Department of Homeland Security   Subject ID : 20355684    **Record of Deportable/Inadmissible Alien**

| Family Name (CAPS) | First | Middle | Sex | Hair | Eyes | Cmplxn |
|---|---|---|---|---|---|---|
| RUELAS-GARCIA, | Isael | | M | | | |

| Country of Citizenship | Passport Number and Country of Issue | File Number | Height | Weight | Occupation |
|---|---|---|---|---|---|
| MEXICO | | A | | | |

| U.S. Address | | Scars and Marks |
|---|---|---|

| Date, Place, Time, and Manner of Last Entry | Passenger Boarded at | F.B.I. Number | ☐ Single ☐ Divorced ☐ Married ☐ Widower ☐ Separated |
|---|---|---|---|
| 09/03/2000, 0349, 25 mile(s) E of CAL | | | |

| Number, Street, City, Province (State) and Country of Permanent Residence | Method of Location/Apprehension |
|---|---|
| | PB 518.3 |

| Date of Birth | | Date of Action | Location Code | At/Near | Date/Hour |
|---|---|---|---|---|---|
| 12/22/1982 | Age: 17 | 09/03/2000 | ELC/ELS | CALEXICO, CA | 09/03/2000 0349 |

| City, Province (State) and Country of Birth | AR ☐ | Form : (Type and No.) Lifted ☐ Not Lifted ☐ | By |
|---|---|---|---|
| NAYARIT, MEXICO | | | |

| NIV Issuing Post and NIV Number | Social Security Account Name | Status at Entry | Status When Found |
|---|---|---|---|
| | | PWA Mexico | TRAVEL/SEEKING |

| Date Visa Issued | Social Security Number | Length of Time Illegally in U.S. |
|---|---|---|
| | | AT ENTRY |

| Immigration Record | Criminal Record |
|---|---|
| POSITIVE - See Narrative | None Known |

| Name, Address, and Nationality of Spouse (Maiden Name, if Appropriate) | Number and Nationality of Minor Children |
|---|---|

| Father's Name, Nationality, and Address, if Known | Mother's Present and Maiden Names, Nationality, and Address, if Known |
|---|---|
| Nationality:MEXICO , Ismael | Nationality:MEXICO , Veronica |

| Monies Due/Property in U.S. Not in Immediate Possession | Fingerprinted? ☐ Yes ☐ No | Systems Checks | Charge Code Words(s) |
|---|---|---|---|
| None Claimed | | | I6A |

| Name and Address of (Last)(Current) U.S. Employer | Type of Employment | Salary Hr | Employed from/to |
|---|---|---|---|

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

BORDER PATROL AGENT
Alien has been advised of communication privileges ____ (Date/Initials)    (Signature and Title of Immigration Officer)

Distribution:    Received: (Subject and Documents) (Report of Interview)
Officer:
on: September 3, 2000 at 0349 ____ (time)
Disposition: Voluntary Return
Examining Officer:

Form I-213 (Rev. 08/01/07)

| U.S. Department of Homeland Security | Subject ID : 20432101 | | **Record of Deportable/Inadmissible Alien** | | | |
|---|---|---|---|---|---|---|
| Family Name (CAPS) CURIEL-FIERRO, | First Saul | Middle | Sex M | Hair | Eyes | Cmplxn |
| Country of Citizenship MEXICO | Passport Number and Country of Issue | File Number A | Height | Weight | Occupation | |
| U.S. Address | | | Scars and Marks | | | |
| Date, Place, Time, and Manner of Last Entry 09/10/2000, 0528, 25 mile(s) E of CAL | | Passenger Boarded at | F.B.I. Number | ☐ Single ☐ Divorced ☐ Married ☐ Widower ☐ Separated | | |
| Number, Street, City, Province (State) and Country of Permanent Residence | | | Method of Location/Apprehension PB 518.3 | | | |
| Date of Birth 12/22/1984    Age: 15 | Date of Action 09/10/2000 | Location Code ELC/ELS | At/Near HOLTVILLE, CA | Date/Hour 09/10/2000 0528 | | |
| City, Province (State) and Country of Birth NAYARIT,MEXICO | AR ☐ Form : (Type and No.) Lifted ☐ Not Lifted ☐ | | By | | | |
| NIV Issuing Post and NIV Number | Social Security Account Name | | Status at Entry PWA Mexico | Status When Found TRAVEL/SEEKING | | |
| Date Visa Issued | Social Security Number | | Length of Time Illegally in U.S. AT ENTRY | | | |
| Immigration Record POSITIVE - See Narrative | Criminal Record None Known | | | | | |
| Name, Address, and Nationality of Spouse (Maiden Name, if Appropriate) | | | Number and Nationality of Minor Children | | | |
| Father's Name, Nationality, and Address, if Known Nationality:MEXICO , Jesus | | | Mother's Present and Maiden Names, Nationality, and Address, if Known Nationality:MEXICO , Veronica | | | |
| Monies Due/Property in U.S. Not in Immediate Possession None Claimed | Fingerprinted? ☐ Yes ☐ No | Systems Checks | Charge Code Words(s) I6A | | | |
| Name and Address of (Last)(Current) U.S. Employer | Type of Employment | | Salary Hr | Employed from/to | | |

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

BORDER PATROL AGENT
Alien has been advised of communication privileges _____ (Date/Initials)    (Signature and Title of Immigration Officer)

Distribution:

Received: (Subject and Documents) (Report of Interview)
Officer: _____
on: September 10, 2000 at 0606 _____ (time)
Disposition: Voluntary Return
Examining Officer: _____

Form I-213 (Rev. 08/01/07)

2

| U.S. Department of Homeland Security | Subject ID : 20587735 | | **Record of Deportable/Inadmissible Alien** |
|---|---|---|---|

| Family Name (CAPS) TORRES FERNANDEZ, Alejandro | First | Middle | Sex M | Hair | Eyes | Cmplxn |
|---|---|---|---|---|---|---|
| Country of Citizenship MEXICO | Passport Number and Country of Issue | File Number A078756029 | Height | Weight | Occupation | |
| U.S. Address | | | Scars and Marks | | | |
| Date, Place, Time, and Manner of Last Entry 09/25/2000, Unknown Time, CAL | | Passenger Boarded at | F.B.I. Number | ☐ Single ☐ Divorced ☐ Married ☐ Widower ☐ Separated | | |
| Number, Street, City, Province (State) and Country of Permanent Residence CALLE NAGUA Y ISLA DE SOLOMON #47  MEXICALI, BC, MEXICO | | | Method of Location/Apprehension ISP 518.3 | | | |
| Date of Birth 01/13/   Age: 20 | Date of Action | Location Code SND/CAL | At/Near CAL POE | | Date/Hour 09/25/2000 | |
| City, Province (State) and Country of Birth MEXICO | AR ☒ Form : (Type and No.) Lifted ☐ Not Lifted ☐ | | By | | | |
| NIV Issuing Post and NIV Number | Social Security Account Name | | Status at Entry PWA Other | | Status When Found | |
| Date Visa Issued | Social Security Number | | Length of Time Illegally in U.S. NOT APPLICABLE | | | |
| Immigration Record NEGATIVE - See Narrative | Criminal Record None Known | | | | | |
| Name, Address, and Nationality of Spouse (Maiden Name, if Appropriate) | | | Number and Nationality of Minor Children | | | |
| Father's Name, Nationality, and Address, if Known | | | Mother's Present and Maiden Names, Nationality, and Address, if Known | | | |
| Monies Due/Property in U.S. Not in Immediate Possession None Claimed | Fingerprinted? ☐ Yes ☐ No | Systems Checks | Charge Code Words(s) I6C2 | | | |
| Name and Address of (Last)(Current) U.S. Employer | Type of Employment | Salary   Hr | Employed from/to | | | |

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

Record of Deportable/Inadmissible Alien:
Subject was OFC. ER'd 5 years.

| Alien has been advised of communication privileges _____ (Date/Initials) | (Signature and Title of Immigration Officer) |
|---|---|
| Distribution: | Received: (Subject and Documents) (Report of Interview) Officer: _____ on: _____ (time) Disposition: Other Examining Officer: _____ |

Form I-213 (Rev. 08/01/07)

**3**

| U.S. Department of Homeland Security | Subject ID : 20717398 | | Record of Deportable/Inadmissible Alien |
|---|---|---|---|

| Family Name (CAPS) RUELAS-GARCIA, Israel | First | Middle | Sex M | Hair | Eyes | Cmplxn |
|---|---|---|---|---|---|---|
| Country of Citizenship MEXICO | Passport Number and Country of Issue | File Number A | Height | Weight | Occupation | |
| U.S. Address | | | Scars and Marks | | | |
| Date, Place, Time, and Manner of Last Entry 10/09/2000, 0600, 25 mile(s) E of CAL | Passenger Boarded at | | F.B.I. Number | ☐ Single ☐ Divorced ☐ Married ☐ Widower ☐ Separated | | |
| Number, Street, City, Province (State) and Country of Permanent Residence | | | Method of Location/Apprehension PB 518.3 | | | |
| Date of Birth 01/03/1981  Age: 19 | Date of Action 10/09/2000 | Location Code ELC/ELS | At/Near CALEXICO, CA | Date/Hour 10/09/2000 1403 | | |
| City, Province (State) and Country of Birth NAYARIT, MEXICO | AR ☐ Form : (Type and No.) Lifted ☐ Not Lifted ☐ | | By | | | |
| NIV Issuing Post and NIV Number | Social Security Account Name | | Status at Entry PWA Mexico | Status When Found TRAVEL/SEEKING | | |
| Date Visa Issued | Social Security Number | | Length of Time Illegally in U.S. AT ENTRY | | | |
| Immigration Record POSITIVE - See Narrative | Criminal Record None Known | | | | | |
| Name, Address, and Nationality of Spouse (Maiden Name, if Appropriate) | | | Number and Nationality of Minor Children | | | |
| Father's Name, Nationality, and Address, if Known Nationality:MEXICO , Jose | | | Mother's Present and Maiden Names, Nationality, and Address, if Known Nationality:MEXICO , Veronica | | | |
| Monies Due/Property in U.S. Not in Immediate Possession None Claimed | Fingerprinted? ☐ Yes ☐ No | Systems Checks | Charge Code Words(s) I6A | | | |
| Name and Address of (Last)(Current) U.S. Employer | Type of Employment | Salary Hr | Employed from/to | | | |

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

BORDER PATROL AGENT
Alien has been advised of communication privileges _____ (Date/Initials)   (Signature and Title of Immigration Officer)

Distribution:

Received: (Subject and Documents) (Report of Interview)
Officer: 
on: October 9, 2000 at 1433 _____ (time)
Disposition: Voluntary Return
Examining Officer: 

Form I-213 (Rev. 08/01/07)


4

| U.S. Department of Homeland Security | Subject ID : 21135293 | | Record of Deportable/Inadmissible Alien |
|---|---|---|---|

| Family Name (CAPS) TORRES-ALVARADO, Alex | First | Middle | Sex M | Hair | Eyes | Cmplxn |
|---|---|---|---|---|---|---|
| Country of Citizenship MEXICO | Passport Number and Country of Issue | File Number A | Height | Weight | Occupation | |
| U.S. Address | | | Scars and Marks | | | |
| Date, Place, Time, and Manner of Last Entry 12/02/2000, 2120, 25 mile(s) E of CAL | Passenger Boarded at | | F.B.I. Number | ☐ Single ☐ Divorced ☐ Married ☐ Widower ☐ Separated | | |
| Number, Street, City, Province (State) and Country of Permanent Residence | | | Method of Location/Apprehension PB 518.3 | | | |
| Date of Birth 07/27/1981    Age: 19 | Date of Action 12/02/2000 | Location Code ELC/ELS | At/Near Calexico, California | Date/Hour 12/02/2000 2145 | | |
| City, Province (State) and Country of Birth MEXICO | AR ☐  Form : (Type and No.) Lifted ☐ Not Lifted ☐ | | By | | | |
| NIV Issuing Post and NIV Number | Social Security Account Name | | Status at Entry PWA Mexico | Status When Found TRAVEL/SEEKING | | |
| Date Visa Issued | Social Security Number | | Length of Time Illegally in U.S. AT ENTRY | | | |
| Immigration Record POSITIVE - See Narrative | Criminal Record None Known | | | | | |
| Name, Address, and Nationality of Spouse (Maiden Name, if Appropriate) | | | Number and Nationality of Minor Children | | | |
| Father's Name, Nationality, and Address, if Known Nationality:MEXICO , Manuel | | | Mother's Present and Maiden Names, Nationality, and Address, if Known Nationality:MEXICO , Laura | | | |
| Monies Due/Property in U.S. Not in Immediate Possession None Claimed | Fingerprinted? ☐ Yes ☐ No | Systems Checks | Charge Code Words(s) I6A | | | |
| Name and Address of (Last)(Current) U.S. Employer | Type of Employment | Salary Hr | Employed from/to | | | |

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

BORDER PATROL AGENT
(Signature and Title of Immigration Officer)

Alien has been advised of communication privileges _____ (Date/Initials)

Distribution:

Received: (Subject and Documents) (Report of Interview)
Officer: 
on: December 2, 2000 at 2322 _____ (time)
Disposition: Voluntary Return
Examining Officer: 

Form I-213 (Rev. 08/01/07)

5

| U.S. Department of Homeland Security | Subject ID : 21184319 | | | **Record of Deportable/Inadmissible Alien** | | | |
|---|---|---|---|---|---|---|---|
| Family Name (CAPS) <br> TORRES-ALVARADO, Alex | First | Middle | | Sex <br> M | Hair | Eyes | Cmplxn |
| Country of Citizenship <br> MEXICO | Passport Number and Country of Issue | File Number <br> A | | Height | Weight | Occupation | |
| U.S. Address | | | | Scars and Marks | | | |
| Date, Place, Time, and Manner of Last Entry <br> 12/11/2000, 0216, 25 mile(s) E of CAL | | Passenger Boarded at | | F.B.I. Number | ☐ Single <br> ☐ Divorced ☐ Married <br> ☐ Widower ☐ Separated | | |
| Number, Street, City, Province (State) and Country of Permanent Residence | | | | Method of Location/Apprehension <br> PB 518.3 | | | |
| Date of Birth <br> 12/22/1981        Age: 18 | Date of Action <br> 12/11/2000 | Location Code <br> ELC/ELS | | At/Near <br> Calexico, California | Date/Hour <br> 12/11/2000 0230 | | |
| City, Province (State) and Country of Birth <br> MEXICO | AR ☐ | Form : (Type and No.) Lifted ☐  Not Lifted ☐ | | By | | | |
| NIV Issuing Post and NIV Number | Social Security Account Name | | | Status at Entry <br> PWA Mexico | Status When Found <br> TRAVEL/SEEKING | | |
| Date Visa Issued | Social Security Number | | | Length of Time Illegally in U.S. <br> AT ENTRY | | | |
| Immigration Record <br> POSITIVE - See Narrative | | Criminal Record <br> None Known | | | | | |
| Name, Address, and Nationality of Spouse (Maiden Name, if Appropriate) | | | | Number and Nationality of Minor Children | | | |
| Father's Name, Nationality, and Address, if Known <br> Nationality:MEXICO , Ramon | | Mother's Present and Maiden Names, Nationality, and Address, if Known <br> Nationality:MEXICO , Maria | | | | | |
| Monies Due/Property in U.S. Not in Immediate Possession <br> None Claimed | Fingerprinted? ☐ Yes ☐ No | Systems Checks | | Charge Code Words(s) <br> I6A | | | |
| Name and Address of (Last)(Current) U.S. Employer | Type of Employment | Salary <br> Hr | | Employed from/to | | | |

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)









BORDER PATROL AGENT

Alien has been advised of communication privileges _____ (Date/Initials) _____ (Signature and Title of Immigration Officer)

| Distribution: | Received: (Subject and Documents) (Report of Interview) |
|---|---|
| | Officer: |
| | on: December 11, 2000 at 0527 _____ (time) |
| | Disposition: Voluntary Return |
| | Examining Officer: |

Form I-213 (Rev. 08/01/07)

**6**

| U.S. Department of Homeland Security | Subject ID : 25287381 | | **Record of Deportable/Inadmissible Alien** |
|---|---|---|---|

| Family Name (CAPS) TORRES-ALVARADO, Alejandro | First | Middle | Sex M | Hair | Eyes | Cmplxn |
|---|---|---|---|---|---|---|
| Country of Citizenship MEXICO | Passport Number and Country of Issue | File Number A078756029 | Height | Weight | Occupation | |

| U.S. Address | | Scars and Marks |
|---|---|---|
| Date, Place, Time, and Manner of Last Entry 01/31/2002, Unknown Time, CAL | Passenger Boarded at | F.B.I. Number / ☐ Single ☐ Divorced ☐ Married ☐ Widower ☐ Separated |
| Number, Street, City, Province (State) and Country of Permanent Residence | | Method of Location/Apprehension ISP 518.3 |

| Date of Birth 01/13/    Age: 21 | Date of Action | Location Code SND/CAL | At/Near CAL/SND #392 | Date/Hour 01/31/2002 |
|---|---|---|---|---|
| City, Province (State) and Country of Birth MEXICO | AR [X]  Form: (Type and No.) Lifted ☐ Not Lifted ☐ | | By | |
| NIV Issuing Post and NIV Number | Social Security Account Name | | Status at Entry PWA Other | Status When Found |
| Date Visa Issued | Social Security Number | | Length of Time Illegally in U.S. NOT APPLICABLE | |

| Immigration Record NEGATIVE - See Narrative | Criminal Record None Known | |
|---|---|---|
| Name, Address, and Nationality of Spouse (Maiden Name, if Appropriate) | | Number and Nationality of Minor Children |
| Father's Name, Nationality, and Address, if Known | Mother's Present and Maiden Names, Nationality, and Address, if Known | |
| Monies Due/Property in U.S. Not in Immediate Possession None Claimed | Fingerprinted? ☐ Yes ☐ No   Systems Checks | Charge Code Words(s) |
| Name and Address of (Last)(Current) U.S. Employer | Type of Employment   Salary Hr | Employed from/to |

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

```
Record of Deportable/Inadmissible Alien:
Subject is an imposter to a CA/ DMV ID card.  OFC'd to USC.  Subject speaks and understands English having
lived in LA for 4 yrs.  Subject given a 20 YR. ER.
```

Alien has been advised of communication privileges _____ (Date/Initials)  _____ (Signature and Title of Immigration Officer)

Distribution:

Received: (Subject and Documents) (Report of Interview)
Officer: _____
on: _____ (time)
Disposition: Other
Examining Officer: _____

Form I-213 (Rev. 08/01/07)

**7**

| U.S. Department of Homeland Security | Subject ID : 25315965 | | Record of Deportable/Inadmissible Alien | | |
|---|---|---|---|---|---|

| Family Name (CAPS) First Middle<br>TORREZ-ALVARADO, Alex | Sex<br>M | Hair | Eyes | Cmplxn |
|---|---|---|---|---|
| Country of Citizenship<br>MEXICO | Passport Number and Country of Issue<br>A | Height | Weight | Occupation |
| U.S. Address | Scars and Marks | | | |
| Date, Place, Time, and Manner of Last Entry<br>02/03/2002, 2043, .5 mile(s) W of CAL | Passenger Boarded at | F.B.I. Number | ☐ Single<br>☐ Divorced ☐ Married<br>☐ Widower ☐ Separated | |
| Number, Street, City, Province (State) and Country of Permanent Residence | Method of Location/Apprehension<br>PB 518.3 | | | |
| Date of Birth<br>12/22/1981    Age: 20 | Date of Action<br>02/03/2002 | Location Code<br>ELC/CAX | At/Near<br>Calexico, CA | Date/Hour<br>02/03/2002 2043 |
| City, Province (State) and Country of Birth<br>MEXICO | AR ☐ | Form : (Type and No.) Lifted ☐ Not Lifted ☐ | By | |
| NIV Issuing Post and NIV Number | Social Security Account Name | Status at Entry<br>PWA Mexico | Status When Found<br>TRAVEL/SEEKING | |
| Date Visa Issued | Social Security Number | Length of Time Illegally in U.S.<br>AT ENTRY | | |
| Immigration Record<br>POSITIVE - See Narrative | Criminal Record<br>None Known | | | |
| Name, Address, and Nationality of Spouse (Maiden Name, if Appropriate) | Number and Nationality of Minor Children | | | |
| Father's Name, Nationality, and Address, if Known<br>Nationality:MEXICO , Alberto | Mother's Present and Maiden Names, Nationality, and Address, if Known<br>Nationality:MEXICO , Alma | | | |
| Monies Due/Property in U.S. Not in Immediate Possession<br>None Claimed | Fingerprinted? ☐ Yes ☐ No | Systems Checks | Charge Code Words(s)<br>I6A | |
| Name and Address of (Last)(Current) U.S. Employer | Type of Employment | Salary<br>Hr | Employed from/to | |

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

FINS: 907186417        Left Index fingerprint        Right Index fingerprint

BORDER PATROL AGENT

Alien has been advised of communication privileges _____ (Date/Initials)    (Signature and Title of Immigration Officer)

Distribution:

Received: (Subject and Documents) (Report of Interview)
Officer: _____
on: February 3, 2002 at 2045 _____ (time)
Disposition: Voluntary Return
Examining Officer: _____

Form I-213 (Rev. 08/01/07)

8

# EXHIBIT 3

# I-247 Detainer

U.S. Department of Homeland Security

Customs and Border Protection

# Immigration Detainer - Notice of Action

| | |
|---|---|
| File No. | A # 78-756-029 |
| Date: | July 18, 2008 |

| To: (Name and title of institution) | From: (INS office address) |
|---|---|
| WRDS "GEO"<br>220 West C Street<br>San Diego, CA 92101 | ICE OI ASAC Calexico, CA<br>333 S. Waterman Avenue<br>El Centro, CA 92243 |

Name of alien: FIGUEROA-Fierros, Saul (aka Alejandro TORRES-Alvarado, Alex TORRES-Alejandro, Israel RUELAS-Garcia, Alejandro TORRES-Fernandez, Saul CURIEL-Fierro)

Date of birth: 12/22/1984   Nationality: Mexico   Sex: Male

You are advised that the action noted below has been taken by Customs and Border Protection concerning the above-named inmate of your institution:

☒ Investigation has been initiated to determine whether this person is subject to removal from the United States.
☐ A Notice to Appear or other charging document initiating removal proceedings, a copy of which is attached, was served on _____
  (Date)
  A warrant of arrest in removal proceedings, a copy of which is attached, was served on _____
  (Date)
☐ Deportation or removal from the United States has been ordered.

**It is requested that you:**

Please accept this notice as a detainer. This is for notification purposes only and does not limit your discretion in any decision affecting the offender's classification, work and quarters assignments, or other treatment, which he or she would otherwise receive.

☒ Federal regulations (8 CFR 287.7) require that you detain the alien for a period not to exceed 48 hours (excluding Saturdays, Sundays and Federal holidays) to provide adequate time for CBP to assume custody of the alien. You may notify CBP by calling _____ During business hours or _____ After hours in an emergency.

☐ Please complete and sign the bottom block of the duplicate of this form and return it to this office. ☐ A self-addressed stamped envelope is enclosed for your convenience. x ☐ Please return a signed copy via facsimile to _____
(Area code and facsimile number)

Return fax to the attention of _____ . at _____
(Name of INS officer handling case)   (Area code and phone number)

☒ Notify this office of the time of release at least 30 days prior to release or as far in advance as possible.
☒ Notify this office in the event of the inmate's death or transfer to another institution.
☐ Please cancel the detainer previously placed by this Service on _____

_____   ICE OI Special Agent
(Signature of INS official)   (Title of INS official)

**Receipt acknowledged:**

Date of latest conviction: _____   Latest conviction charge: _____
Estimated release date: _____

Signature and title of official: _____